Ben F. HOPKINS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 10183.

Circuit Court of Appeals, Sixth Circuit.

Oct. 18, 1946.

Thompson, Hine & Flory, of Cleveland, Ohio, for petitioner.

Samuel O. Clark, Jr., of Washington, D. C., for respondent.

Before ALLEN, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel.

On consideration whereof, the decision of the Tax Court of the United States is affirmed upon the grounds and for the reasons stated in the opinion of the Tax Court of the United States promulgated September 27, 1945. 5 T.C. 803.